**MATTLEMAN, WEINROTH & MILLER, P.C.**
BY:  ALICIA M. SANDOVAL, ESQUIRE
ATTORNEY I.D. NO.:  AS2774
401 Route 70 East - Suite 100
Cherry Hill, New Jersey 08034
(856) 429-5507
*Attorneys for Bayview Loan Servicing, LLC*
*File No.: 902.88415*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Mercure Volt | : | CASE NO.: 16-17907-SLM |
| | : | |
| | : | |
| **Debtor.** | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

Please take notice that Alicia M. Sandoval, Esquire, of the firm of Mattleman, Weinroth & Miller, P.C., hereby enters her appearance as counsel for Secured Creditor Bayview Loan Servcing, LLC in the above proceeding and requests that her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Alicia M. Sandoval, Esquire
> Mattleman, Weinroth & Miller, P.C.
> 401 Route 70 East, Suite 100
> Cherry Hill, NJ 08034
> asandoval@mwm-law.com

Please take further notice that the foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding.

Dated: August 30, 2016                           /s/ Alicia M. Sandoval
                                                  Alicia M. Sandoval, Esquire
                                                  *Attorney for Bayview Loan Servicing, LLC*

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**